UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-CV-60620-MIDDLEBROOKS

YULMI VERANIA YAQUE,

     Plaintiff,

v.

ADAM CHIOFFE, Field Office Director,
Oakland Park Field Office, U.S. Citizenship
and Immigration Services; et al.,

     Defendants.

                                    /

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal, filed June 15, 2026. (DE 12). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither. Accordingly, it is **ORDERED** that:

1. This case is **DISMISSED.**

2. The Clerk of Court shall **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

4. Except as otherwise agreed, the Parties shall each bear their own fees and costs.

**SIGNED** in Chambers, at West Palm Beach, Florida, this ___ day of June, 2026.

                                                           
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.     Counsel of Record